## Margretta A. Rottmayer, Appellee, v. Samuel Rottmayer, Appellant.

Gen. No. 45,270.

James T. Mullaney, for appellant; Sol R. Friedman & I. S. Friedman, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed January 29, 1951; released for publication March 2, 1951.

## United Manufacturing Company, Appellant, v. City of Chicago et al., Appellees.

Gen. No. 45,281.

Richard F. Watt and